**E-filed 9/22/06**

SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>    Plaintiffs,<br><br>vs.<br><br>MCM & ASSOCIATES, INC., a California Corporation,<br><br>    Defendants. | CASE NO.: C06-03854 JF HRL<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER<br><br>Date:  September 22, 2006<br>Time:  2:00 P.M.<br>Place: Courtroom 3, 5th Floor<br>       The Honorable Jeremy Fogel |

   Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. Plaintiffs are filing a Request for Entry of Default against Defendant MCM & ASSOCIATES, INC., a California Corporation.

### DESCRIPTION OF THE CASE

   This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

   Plaintiffs would like to continue the case for sixty (60) days to proceed with a Request for Default Judgment on defendant. Therefore, Plaintiffs request that the case be continued

1

1 | until December 1, 2006, for another Case Management Conference.

Respectfully submitted,

Dated: September 19, 2006

SUE CAMPBELL
Attorney for Plaintiff

**ORDER**

The Case Management Conference is hereby continued to December 1, 2006, at 2:00 p.m., in Courtroom 3, 5th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: 9/21/06

JUDGE OF THE U.S. DISTRICT COURT

2

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER