**E-filed 11/29/06**

1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone: (408) 277-0648
   Fax:   (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 BOB TRAGNI AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS, | CASE NO.: C06-03854 JF HRL  CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER  Date: December 1, 2006 Time: 2:00 P.M. 10:30 Place: Courtroom 3, 5th Floor The Honorable Jeremy Fogel |
| Plaintiffs, | |
| vs. | |
| MCM & ASSOCIATES, INC., a California Corporation, | |
| Defendants. | |

20    Plaintiff in the above-entitled action submits this Case Management Statement and
21 proposed order, and requests that the court adopt it as the Case Management Order in this case.
22 Defendants have been served. A Request for Entry of Default was entered against Defendant
23 MCM & ASSOCIATES, INC., a California Corporation, on October 19, 2006. A motion for
24 default judgment was filed October 30th, and the hearing is scheduled for December 9, 2006.

25                    **DESCRIPTION OF THE CASE**

26    This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust
27 Funds.

28    Plaintiffs would like to continue the case for thirty (30) days until after the hearing of the

1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

Default Judgment on December 9th. Therefore, Plaintiffs request that the case be continued until January 5, 2007, for another Case Management Conference.

Respectfully submitted,

Dated: November 20, 2006

_____
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

10:30 AM

The Case Management Conference is hereby continued to January 5, 2007, at ~~2:00 p.m.~~, in Courtroom 3, 5th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: 11/28/06

_____
JUDGE OF THE U.S. DISTRICT COURT
JEREMY FOGEL